**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorney for Defendant
Mohamed Muhina

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MOHAMED MUHINA,<br><br>　　　　Defendant, | Case No: 2:21-MJ-00553-BNW-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>**(Eighth Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, MOHAMED MUHINA, by and through his counsel, ADAM L. GILL, ESQ. and the United States of America, by its counsel, Supriya Prasad, ESQ., Assistant U.S. Attorney, that the Preliminary Hearing in the above-captioned matter currently set for July 5, 2022 at 2:00 p.m. be continued to at least 60 days.

　　　　This stipulation is entered for the following reasons:

1. Counsel was recently appointed to the above-referenced matter and needs additional time to discuss potential negotiations with the defendant.

2. Mr. Gill has spoken to Ms. Prasad and Ms. Prasad has indicated that she has no objection to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

and the defendant in proceeding with the preliminary hearing on July 5, 2022.

DATED this 30th day of June, 2022.

<u>/s/ Adam L. Gill</u>
Adam L. Gill, Esq.
Counsel for Defendant
Mohamed Muhina

<u>/s/ Supriya Prasad</u>
Supriya Prasad Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant
Mohamed Muhina

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MOHAMED MUHINA,<br><br>  Defendant. | Case No: 2:21-MJ-00553-BNW-1<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel was recently appointed to the above-referenced matter and needs additional time to discuss potential negotiations with the defendant.

2. Mr. Gill has spoken to Ms. Prasad and Ms. Prasad has indicated that she has no objection to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with the preliminary hearing on July 5, 2022.

**ORDER**

IT IS HEREBY ORDERED, that the Preliminary Hearing, currently scheduled for July 5, 2022, at the hour of 2:00 p.m., be vacated and continued to 9/5/2022, at 3:00 p.m.

Dated this 1st day of July, 2022.

_____
United States Magistrate Judge