Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MOHAMED MUHINA,<br><br>    Defendant. | Case No.: 2:21-MJ-00553-BNW<br><br>**STIPULATION TO CONTINUE THE PRELIMINARY EXAMINATION HEARING**<br>(*Ninth Request*) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON FRIERSON, United States Attorney, and SUPRIYA PRASAD, Assistant United States Attorney, counsel for the United States of America, and LANCE MANINGO, CJA counsel for Defendant MOHAMED MUHINA, that the preliminary examination hearing in the above-captioned matter, currently scheduled for September 5, 2022 at 3:00 p.m., be vacated and continued for no less than forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. Defense Counsel was appointed to this matter on July 11, 2022. On July 13, 2022, the government produced more than 500 pages of discovery.

2. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3. If a resolution is not made, the additional time will allow the government sufficient time to seek an indictment.

4. The parties agree to the continuance.

5. Defendant MOHAMED MUHINA is in custody and does not object to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

8. The additional time requested by this stipulation, is allowed, with the Defendants' consent under the Federal Rules of Procedure 5.1(d).

9. This is the ninth request for a continuation of the preliminary examination hearing.

DATED: This ___ day of August, 2022

Respectfully submitted,

LANCE A. MANINGO

*/s/ Lance Maningo*  
LANCE A. MANINGO  
Counsel for Defendant

*/s/ Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-MJ-00553-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MOHAMED MUHINA | |
| Defendant. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense Counsel was appointed to this matter on July 11, 2022. On July 13, 2022, the government produced more than 500 pages of discovery.

2. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendant about how he would like to proceed.

3. If a resolution is not made, the additional time will allow the government sufficient time to seek an indictment.

4. The parties agree to the continuance.

5. Defendant MOHAMED MUHINA is in custody and does not object to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

8. The additional time requested by this stipulation, is allowed, with the Defendants' consent under the Federal Rules of Procedure 5.1(d).

9. This is the ninth request for a continuation of the preliminary examination hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 5, 2022 at 3:00 p.m., be vacated and continued to 11/4/2022 at 2:30 p.m.

DATED this 30th day of August, 2022

_____
THE HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4