Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

MOHAMED MUHINA,

Defendant.

2:22-cr-00236-APG-EJY-1

(First Request)

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by Defendant MOHAMED MUHINA, by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through KIMBERLY A. SOKOLICH, Assistant United States Attorney, that the sentencing hearing currently scheduled for February 22, 2023, at 10:30 a.m. be vacated and continued to a minimum of ninety (90) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

1. The parties agree to continue the sentencing date for the purpose of necessary legal research and investigation related to sentencing;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

1

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this <u>7th</u> day of February, 2023.

By: <u>/s/ Lance A. Maningo</u>  
LANCE A. MANINGO  
Attorney for Defendant

By: <u>/s/ Kimberly A. Sokolich</u>  
KIMBERLY A. SOKOLICH  
Attorney for United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOHAMED MUHINA,<br><br>　　　　　　Defendant. | 2:22-cr-00236-APG-EJY-1<br><br>(First Request) |

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

6. The parties agree to continue the sentencing date for the purpose of necessary legal research and investigation related to sentencing;

1. Defendant is in custody and does not object to a continuance;

2. The Government does not object to a continuance;

3. The denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the first request for a continuance of the sentencing date in this case.

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

///

///

3

# **ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for February 22, 2023 at 10:30 a.m. be vacated and continued to June 13, 2023 at 9:30 a.m. in courtroom 6C.

DATED this 8th day of February, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:   */s/ Lance A. Maningo*
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant

4