Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMED MUHINA,<br><br>Defendant. | 2:22-cr-00236-APG-EJY-1<br><br>(Second Request) |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant MOHAMED MUHINA, by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through KIMBERLY A. SOKOLICH, Assistant United States Attorney, that the sentencing hearing currently scheduled for June 13, 2023, at 9:30 a.m. be vacated and continued a minimum of two (2) weeks, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

1. Defense counsel has a confirmed in-custody, multi-defendant, double homicide state trial that is slated to begin on May 30, 223 and will continue for a minimum of two (2) weeks;

2. Defendant is in custody and does not object to a continuance;

1

3. The Government has a scheduled training course that conflicts with the current sentencing date;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the second request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 17th day of May, 2023.

By: */s/ Lance A. Maningo*  
LANCE A. MANINGO  
Attorney for Defendant

By: */s/ Kimberly A. Sokolich*  
KIMBERLY A. SOKOLICH  
Attorney for United States

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMED MUHINA,

    Defendant.

2:22-cr-00236-APG-EJY-1

(Second Request)

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Defense counsel has a confirmed in-custody, multi-defendant, double homicide state trial that is slated to begin on May 30, 223 and will continue for a minimum of two (2) weeks;

2. Defendant is in custody and does not object to a continuance;

3. The Government has a scheduled training course that conflicts with the current sentencing date;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the second request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for June 13, 2023 at 9:30 a.m. be vacated and continued to June 29, 2023 at 1:30 p.m. in Courtroom 6C.

DATED this 18th day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By: */s/ Lance A. Maningo*
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant